# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE HEREIN REFERENCED FEDERAL CRIMINAL COMPLAINT FILED IN KANSAS CITY, MISSOURI, ON OCTOBER 1, 2018 | COMPLAINT NO:18-MJ-00143-LMC **(UNDER SEAL)** |

## MOTION TO SEAL

The United States of America, by and through its undersigned attorneys, hereby moves the Court for an Order in the above-referenced matter sealing the case and all documents filed in the case.

In support of this Motion, the United States declares that disclosure of the documents in the case, or the disclosure of the existence of the case, would jeopardize an ongoing criminal investigation, specifically, regarding narcotics and firearms sales. The defendant is currently at-large and any public disclosure of this case, prior to arrest, could jeopardize law enforcement's efforts to apprehend the fugitive.

Consequently, the United States requests that the above-described case and documents be sealed and further requests that the present motion and order be sealed.

    Respectfully submitted,

    Timothy A. Garrison
    United States Attorney

By  /s/Bradley K. Kavanaugh

    Bradley K. Kavanaugh
    Assistant United States Attorney
    Narcotics & Violent Crimes Unit
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Room 5510
    Kansas City, Missouri  64106
    Telephone:  (816) 426-3122