# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**SEALED**

UNITED STATES OF AMERICA

v.

JAMES SAMUELS
[DOB: 10/15/1965]

**COUNT ONE:**
*Sale of a Firearm and Ammunition to a Prohibited Person*
18 U.S.C. §§ 922(d)(1) and 924(a)(2)
NMT: 10 Years' Imprisonment
NMT: $250,000 Fine
NMT: 3 Years' Supervised Release
$100 Mandatory Special Assessment
Class C Felony

**COUNT TWO:**
*Knowing Transfer of a Firearm for Use in a Crime of Violence*
18 U.S.C. § 924(h)
NMT: 10 Years' Imprisonment
NMT: $250,000 Fine
NMT: 3 Years' Supervised Release
$100 Mandatory Special Assessment
Class C Felony

## CRIMINAL COMPLAINT

**Case Number: 18-MJ-00143-LMC**



I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about September 5, 2018, in the Western District of Missouri, the defendant JAMES SAMUELS knowingly sold a firearm and ammunition, that is, an American Tactical Imports Omni-Hybrid AR-15 .223 caliber rifle, Serial Number NS179118, and four (4) boxes, each containing twenty (20) rounds of Wolf .223 caliber ammunition, to ATF Confidential Informant #1331, knowing and having reasonable cause to believe that ATF Confidential Informant #1331 had been convicted of a crime punishable by imprisonment for a term exceeding one year, contrary to the provisions of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

### COUNT TWO

On or about September 5, 2018, in the Western District of Missouri, the defendant JAMES SAMUELS did knowingly transfer a firearm, that is, an American Tactical Imports Omni-Hybrid AR-15 .223 caliber rifle,

Serial Number NS179118, knowing that the firearm would be used in a crime of violence, contrary to the provisions of Title 18, United States Code, Section 924(h).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

JEFFREY M. BROCK
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

10/1/18
Date

at Kansas City, Missouri
City and State

HONORABLE LAJUANA M. COUNTS
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer